McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>JOHN (JEAN) PAUL HALLEUX<br>A/K/A  JACK JOSEPH RIVARD<br>A/K/A  THOMAS CARL COY<br>A/K/A  JOSEPH PAUL HALLEAUX<br>A/K/A  JEAN PAUL HALLEUX<br>A/K/A  JOHN PAUL JOSEPH HALLEUX<br>A/K/A  J. RIVARD | MISC. NO.  2:20-MJ-039-CKD<br><br>AMENDED[1] COMPLAINT FOR ARREST WITH A VIEW TOWARDS EXTRADITION<br><br>(18 U.S.C. § 3184) |

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to Canada.

2. There is an extradition treaty in force between the United States and Canada, the Treaty on Extradition Between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983, *as amended by* the Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. TREATY DOC. NO. 101-17 (1990), *and* the Second Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. TREATY DOC. NO. 107-11 (2002) (collectively, the "Treaty").

---

[1] The original complaint was sworn and filed on February 21, 2020.  ECF No. 1.  This Amended Complaint is filed only to remove the word "provisional" from the caption of the filing.  The substance of this document remains the same.

3.      Pursuant to the Treaty, the Government of Canada has submitted a formal request through diplomatic channels for the extradition of John Paul Halleux ("HALLEUX").

4.      According to the information provided by the Government of Canada, HALLEUX was convicted in that country for Possession of Housebreaking Instruments, contrary to the Criminal Code of Canada (the "CCC") § 295(1), and Break and Enter with Intent, contrary to CCC § 306(1)(a).

5.      These offenses were committed within the jurisdiction of Canada.  Specifically, the underlying facts and procedural history of the convictions, according to the Canadian government, are as follows:

      a.   On November 1, 1969, Ontario Provincial Police ("OPP") discovered that the front door and glass window to the Post Office and General Store in Tupperville, Ontario, had been damaged.  While investigating, an OPP officer encountered HALLEUX present in a vehicle in front of the Post Office and General Store.  The OPP officer searched HALLEUX and recovered two screw drivers, one pair of vice grips, and a blue wool glove.  Damage marks to the molding of the front door of the building matched the tools recovered from HALLEUX.

      b.   On January 6, 1970, HALLEUX was convicted of Possession of Housebreaking Instruments, in violation of section 295(1) of the CCC before the Criminal Court of Ontario in Chatham, Ontario.  The Court imposed a sentence of four years' imprisonment in connection with this offense but HALLEUX was subsequently paroled on November 24, 1971.

      c.   While still on parole related to his 1970 conviction in Ontario, HALLEUX was arrested on March 27, 1972, in Fannystelle, Manitoba, in connection with a break-in.  Royal Canadian Mounted Police ("RCMP") officers were called to the Steven's Lumber Yard in Fennystelle in response to a call that someone had broken into the building.  Upon arriving at the scene, RCMP officers witnessed an individual dive through a window of the office building.  This individual was later arrested outside of the building and identified himself as Jean Paul HALLEUX.

      d.   On April 10, 1972, HALLEUX was convicted of Break and Enter with Intent, contrary to section 306(1)(a) of the CCC, by the Provincial Court of Manitoba.  He was sentenced to two years' imprisonment at the Stony Mountain Institution, a federal penitentiary located in Manitoba.

      e.   On September 1, 1973, HALLEUX escaped from the Stony Mountain Institution.

   f. The remaining period to be served on HALLEUX's sentence is 885 days of imprisonment.

   g. On June 19, 2013, a Warrant of Apprehension and Recommitment to Custody in a Penitentiary under section 11.1 of the Corrections and Conditional Release Act of Canada was issued by Stony Mountain Institution.  This warrant against HALLEUX remains outstanding.

6. The offenses of which HALLEUX were convicted are provided for in Article 2 of the Treaty.

7. HALLEUX may be found within the jurisdiction of this court.  His last known address of record was 5704 Mist Court, Orangevale, California, 95662.

8. Katherine C. Fennell, an Attorney-Adviser in the Office of the Legal Adviser of the U.S. Department of State, has provided the U.S. Department of Justice with a declaration authenticating a copy of the diplomatic note by which the request for extradition was made and a copy of the Treaty, stating that the offenses for which extradition is requested are provided for by the Treaty, and confirming that the documents supporting the request for extradition are properly certified by the principal U.S. diplomatic or consular officer in Canada, in accordance with 18 U.S.C. § 3190, so as to enable them to be received into evidence.

9. The declaration from the U.S. Department of State, with its attachments, including a copy of the diplomatic note from Canada; a copy of the Treaty; and the certified documents submitted in support of the request (marked collectively as Government's Exhibit 1), are filed with this amended complaint and incorporated by reference herein.

///
///
///
///
///
///
///
///
///

WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with 18 U.S.C. § 3184 and the extradition treaty between the United States and Canada, so that the fugitive may be arrested and brought before this Court to the end that the evidence of criminality may be heard and considered.

/s/Quinn Hochhalter
Quinn Hochhalter
Assistant United States Attorney
Eastern District of California