McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

FEB 27 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>JOHN (JEAN) PAUL HALLEUX<br>A/K/A JACK JOSEPH RIVARD<br>A/K/A THOMAS CARL COY<br>A/K/A JOSEPH PAUL HALLEAUX<br>A/K/A JEAN PAUL HALLEUX<br>A/K/A JOHN PAUL JOSEPH HALLEUX<br>A/K/A J. RIVARD | MISC. NO. 2:20-MJ-039-CKD<br><br>[PROPOSED] ORDER |

The Court having received the Complaint filed on February 21, 2020 by Quinn Hochhalter, Assistant United States Attorney for the Eastern District of California, pursuant to the request of the Government of Canada, for the arrest and extradition of JOHN PAUL HALLEUX, and an affidavit executed by JOHN PAUL HALLEUX and witnessed by his attorney;

And, further, the Court having been advised in open session that JOHN PAUL HALLEUX is a fugitive sought by the Government of Canada; that he is aware that the Government of Canada has filed charges against him, convicted him, and obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Canada and Title 18, United States Code, §§ 3184-3196, and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that JOHN PAUL HALLEUX be committed to the custody of the United States Marshal pending arrival of the duly authorized representatives of the Government of Canada, at which time the United States Marshal shall deliver him to the custody of such authorized representatives to be transported to Canada to serve the remainder of his sentence; and

IT IS FURTHER ORDERED that the transfer of physical custody of JOHN PAUL HALLEUX shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Canada.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

IT IS SO ORDERED.

Dated: 2/26/20

Hon. Allison Claire
United States Magistrate Judge