FP # 10848246

FILED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

MAR 0 3 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| In the Matter of the Extradition of | ) | Case No. 2:20 - MJ - 039        CKD |
| JOHN (JEAN) PAUL HALLEUX A/K/A JACK JOSEPH | ) | |
| RIVARD A/K/A THOMAS CARL COY A/K/A JOSEPH | ) | |
| PAUL HALLEAUX A/K/A JEAN PAUL HALLEUX | ) | |
| A/K/A/ JOHN PAUL JOSEPH HALLEUX A/K/A J. RIVARD | ) | |
| *Defendant* | | |

2020 FEB 21 AM 11: 33
EASTERN DISTRICT OF CALIFORNIA UNITED STATES DISTRICT COURT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   John Paul HALLEUX                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint

❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Being a fugitive from Canada, which has sought his arrest for extradition to serve the remainder of his sentence relating to his conviction for possession of house breaking instruments and break and enter with intent, pursuant to the extradition treaty between the United States and Canada. Treaty on Extradition Between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983, T.I.A.S. 8237; Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. TREATY DOC. NO. 101-17 (1990); Second Protocol Amending Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. TREATY DOC. NO. 107-11 (2002).

➕

Date:    02/21/2020                              _____
                                                                    *Issuing officer's signature*

City and state:    Sacramento, California              Carolyn K. Delaney, U.S. Magistrate Judge
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 02/21/2020, and the person was arrested on *(date)* 02/26/2020 at *(city and state)* Sacramento, Ca . |
| Date: 02/26/2020                              _____ *Arresting officer's signature* |
| _____ *Printed name and title* |